UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL CREDIT SYSTEMS, INC., *et al*.<br><br>    Defendants. | Case No. 1:22-cv-00886-JLT-CDB<br><br>ORDER ON STIPULATION TO SUBMIT CLAIMS AGAINST EXPERIAN TO BINDING ARBITRATION AND TO STAY CASE AS TO EXPERIAN<br><br>(Doc. 34) |

On July 15, 2022, Plaintiff Stacy Crooks ("Plaintiff") filed this action against Defendants National Credit Systems, Inc., Genesis Credit Management LLC, Experian Informaiton Solutions, Inc., Equifax Informaiton Services, LLC, and Trans Union LLC. (Doc. 1). Experian Informaiton Solutions Inc. filed a motion to compel arbitration on Februrary 7, 2023. (Doc. 29). On March 6, 2023, Plaintiff and Experian Informaiton Solutions Inc. filed a stipulation to stay this action as to Experian Informaiton Solutions Inc., and to submit all claims against Experian Informaiton Solutions Inc. only to arbitration. (Doc. 34).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff and Experian Informaiton Solutions Inc. shall proceed to arbitration before the American Aribtration Assoicaiton pursuant to its Consumer Arbitration Rules;
2. This action as to Defendant Experian Informaiton Solutions Inc. is STAYED pending

arbitration.  The action is not stayed as between Plaintiff and the other Defendants;

3. Plaintiff and Experian Informaiton Solutions Inc. SHALL FILE a joint notice informing the Court of the status of scheduling arbitration with American Aribtration Assoicaiton within twenty-one days of this order;

4. Plaintiff and Experian Informaiton Solutions Inc. SHALL FILE a joint notice informing the Court of the status of arbitration every 90 days following the date of entry of this Order until arbitration is completed;

5. Within 14 days of the completion of arbitration, Plaintff and Experian Informaiton Solutions Inc. SHALL FILE a joint notice informing the Court that arbitration has been competed and describing the parties' intentions with respect to the disposition or continued prosecution of this case; and

6. Experian Informaiton Solutions Inc.'s Motion to Compel Arbitration (Doc. 29) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:     **March 6, 2023**

UNITED STATES MAGISTRATE JUDGE

2