UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CROOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL CREDIT SYSTEMS, *et al*.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00886-JLT-CDB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY<br><br>(Doc. 41)<br><br><u>THREE-DAY DEADLINE</u> |

On March 23, 2023, Plaintiff filed a notice of settlement as to Defendant Equifax Information Services, LLC. ("Equifax"). (Doc. 40). On March 27, 2023, the Court issued an order vacating all pending dates and filing requirements for Equifax. (Doc. 41). The Court directed, "[a]bsent a filing in which the parties show good cause for an extension, Plaintiff and Equifax are [directed] to file dispositional documents no later than April 13, 2023." *Id.* (citing Rule 160(b)). As of the date of this Order, Plaintiff and Equifax have failed to file dispositional documents, and the time to do so has passed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court." The Court has the inherent power to control

1

its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that within three days of entry of this order, the parties shall show cause in writing why sanctions, including monetary sanctions or dismissal, should not be imposed for the parties' failure to file dispositional documents as to Equifax as ordered by the Court.  In the alternative, the parties may comply with this order by filing dispositional documents as to Equifax.

Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **April 18, 2023**                              _____
                                                         UNITED STATES MAGISTRATE JUDGE