UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CROOKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL CREDIT SYSTEMS, INC. et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00886-JLT-CDB<br><br>**ORDER ON JOINT MOTION EXTENDING NON-EXPERT DISCOVERY DEADLINE**<br><br>(ECF No. 46) |

　　　　Pending before the Court is the parties' joint motion, filed May 4, 2023 (ECF No. 46), seeking to extend the non-expert discovery deadline from May 12, 2023, to July 11, 2023. Based on the parties' representations in the motion and for good cause appearing, the Court GRANTS the motion and ORDERS that the non-expert discovery deadline be extended to July 11, 2023. All other dates set forth in the Scheduling Order (ECF No. 28) remain unchanged and in full force and effect.

IT IS SO ORDERED.

Dated: __**May 8, 2023**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE