1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   STACY CROOKS,                              Case No. 1:22-cv-00886-JLT-CDB

12                      Plaintiff,              ORDER GRANTING WITHDRAWAL OF
                                                MACKENZIE C. GONZALES AS
13          v.                                  ATTORNEY FOR DEFENDANT GENESIS
                                                CREDIT MANAGEMENT LLC AND
14   NATIONAL CREDIT SYSTEMS, INC., *et*        DIRECTING THE CLERK OF COURT TO
     *al*.                                      TERMINATE AS ATTORNEY OF RECORD
15
                       Defendants.
16                                              (Doc. 57)

17

18

19          Pending before the Court is Counsel Mackenzie C. Gonzales for Defendant Genesis

20   Credit Management LLC's motion to withdraw as attorney of record.  (Doc. 57).  Counsel notes

21   as of June 23, 2023, she will no longer be associated with Carlson & Messer, LLP, and David J.

22   Kaminski of Carlson & Messer LLP, will serve as lead counsel in this proceeding.  *Id*.

23          Accordingly, based on the motion, the record herein, and for good cause shown, it is

24   HEREBY ORDERED that the motion is GRANTED.

25   / / /

26   / / /

27   / / /

28

1    It is FURTHER ORDERED that the Clerk of the Court shall terminate Mackenzie C.

2   Gonzales as an attorney for Defendant Genesis Credit Management LLC.

3   IT IS SO ORDERED.

4   Dated:    **June 23, 2023**    _____

5                                            UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28